UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DYLAN RATIGAN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 23-149-DCR |
| V. | ) ) | |
| U.S. MEDICAL GLOVE COMPANY, LLC, et al., | ) ) ) | **ORDER** **(sealed)** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States' *ex parte* motion for a second extension of the deadline during which it may notify the Court of its decision regarding intervention in this *qui tam* action. [Record No. 13] Having considered the matter and concluding that good cause for the requested extension exists, it is hereby

**ORDERED** as follows:

1.      The United States' motion [Record No. 13] is **GRANTED**. The United States is granted an extension through **October 21, 2024**, to notify the Court whether it intends to intervene in this action.

2.      The Complaint and all other pleadings, orders, and docket entry text will remain under seal through October 21, 2024, subject to intervening orders of the Court.

Dated: April 17, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky