# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**FILED UNDER SEAL**

Civil Action No. 5:23-CV-149-DCR

United States of America *ex rel.*
Dylan Ratigan,                                                                      Plaintiff,

v.

U.S. Medical Glove Company, LLC, *et al.*                              Defendants.

---

### NOTICE OF THE UNITED STATES THAT
### IT IS NOT INTERVENING AT THIS TIME

---

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene at this time.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United

States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to the relator's complaint and as to all other contents of the Court file except for the following *in camera* submissions supporting the United States' requests for extension of the intervention deadline, extension of the seal period, and partial lift of the seal: Record No. 10 (United States' *Ex Parte* Motion for Extension of Intervention Deadline and Seal Period, Memorandum In Support, and Proposed Order; filed October 24, 2023); Record No. 13 (United States' *Ex Parte* Motion for Extension of Intervention Deadline and Seal Period, Memorandum In Support, and Proposed Order; filed April 17, 2024); Record No. 15 (United States' *Ex Parte* Motion for Extension of Intervention Deadline and Seal Period, Memorandum In Support, and Proposed Order; filed October 15, 2024); and Record No. 17 (United States' *Ex Parte* Motion for a Partial Lift of Seal, Memorandum In Support, and Proposed Order; filed December 17, 2024).[1] In discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing relator's allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an

---

[1] The docket numbers for the referenced motions are based on the United States' internal recordkeeping because the docket sheet is sealed. The United States requests that the referenced motions, memoranda in support of the motions, and proposed orders remain sealed, regardless of any inaccurately cited docket numbers.

election to intervene should be extended. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

PAUL C. McCAFFREY
Acting United States Attorney

JAMIE YAVELBERG
COLIN M. HUNTLEY
ROBBIN O. LEE
Attorneys, Civil Division
United States Department of Justice
Fraud Section
175 N. Street N.E., Rm. 9.212
Washington, D.C. 20044
202.305.4213
Robbin.O.Lee@usdoj.gov

DATED: April 16, 2025   By:   _____
Meghan Stubblebine
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859.233.2661
859.233.2533 (fax)
Meghan.Stubblebine@usdoj.gov

*Counsel for the United States of America*