# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* Dylan Ratigan, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Medical Glove Company, LLC; John Todoroki; Alexander Todoroki; Jacob Todoroki; Ann Skemp Todoroki; Cash Gordian; John Gibson; Sai Aung Khaing; Rivertown Trust; <br><br> Defendants. | Case No. 5:23-cv-00149-DCR <br><br> MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) |

## PLAINTIFF-RELATOR'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

Plaintiff-Relator Dylan Ratigan, by and through the undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss the action against U.S. Medical Glove Company, LLC; John Todoroki; Alexander Todoroki; Jacob Todoroki; Ann Skemp Todoroki; Cash Gordian; John Gibson; Sai Aung Khaing; and Rivertown Trust ("Defendants").

Relator respectfully moves the Court for an order of voluntary dismissal without prejudice as to their claims against the Defendants because this case may only be dismissed by order of the Court pursuant to 31 U.S.C. § 3730(b)(1). Dismissal is proper under Rule 41(a)(2) as the Defendants were not served and, therefore, they did not file an answer, motion for summary judgment, or counterclaims.

The United States has provided Relator with written notice of its intent to file its consent to dismissal pursuant to Rule 41(a)(2), subject to the following condition: dismissal as to the United States is without prejudice. Thus, the United States consents to the dismissal and proposed order filed herewith, which dismisses this action as without prejudice as to them.

1

Respectfully submitted,

Dated: April 16, 2025

By: /s/ Nicholas Inns
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Nicholas Inns (admitted *pro hac vice*)
Robert A. Zink (admitted *pro hac vice*)
1300 I St. NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Email: nicholasinns@quinnemanuel.com
robertzink@quinnemanuel.com

***Counsel for Plaintiff-Relator Dylan Ratigan***

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to 28 U.S.C. § 1746 that on this date the annexed Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(A)(2) was filed via the CM/ECF system for the United States District Court for the Eastern District of Kentucky thereby effectuating service upon all counsel of record via electronic means.

I certify under the penalty of perjury that the foregoing is true and correct. Executed in Washington, DC on this 16th day of April, 2025.

/s/ Nicholas Inns
Nicholas Inns