UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DYLAN RATIGAN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 23-149-DCR |
| V. | ) ) | |
| U.S. MEDICAL GLOVE COMPANY, LLC, et al., | ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On this date, Plaintiff-Relator Dylan Ratigan, moved to dismiss this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [Record No. 21] Shortly thereafter, Plaintiff United States filed a Notice of Consent to Dismissal of Complaint. [Record No. 22] The United States specifies in its notice that dismissal is commensurate with the public interest and the matter does not warrant the continued expenditure of government resources to monitor the action based on available information. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Plaintiff-Relator Ratigan's motion to dismiss [Record No. 21] is **GRANTED**.

2. This action, and all claims asserted in the Complaint, are **DISMISSED**, without prejudice.

3. The parties shall bear their respective costs, fees, and expenses.

Dated: April 16, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky