UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* Dylan Ratigan, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Medical Glove Company, LLC; John Todoroki; Alexander Todoroki; Jacob Todoroki; Ann Skemp Todoroki; Cash Gordian; John Gibson; Sai Aung Khaing; Rivertown Trust; <br><br> Defendants. | Case No. 5:23-cv-00149-DCR <br><br> **CONSENT MOTION TO STRIKE OR TO SEAL** |

### PLAINTIFF-RELATOR'S CONSENT MOTION TO STRIKE OR TO SEAL

Pursuant Federal Rule of Civil Procedure 12(f), Plaintiff-Relator Dylan Ratigan, by and through the undersigned counsel, respectfully moves this Court strike the document filed at ECF No. 1-3 and remove it from the Court's docket, or, in the alternative, seal that document permanently pursuant to Local Rule 5.6(c).

The document filed at ECF 1-3 is a confidential whistleblower report submitted to the United States government pursuant to the False Claims Act, 31 U.S.C. § 3730. It contains personal, commercially sensitive, and confidential information regarding Plaintiff-Relator and the Defendants in this action, including certain confidential documents relating to Defendants' business.

Plaintiff-Relator retained a courier to file this Action with paper filings because the False Claims Act called for the case to be filed under seal, which is not supported by the Court's electronic filing system. When filing the Complaint, ECF 1-0, Civil Cover Sheet, ECF 1-1, and Filing Fee Receipt, ECF 1-2, the courier appears to have inadvertently also delivered a copy of this confidential correspondence to the Clerk, which the Clerk duly docketed at ECF 1-3. This

1

case remained entirely under seal until the Court's recent order unsealing it, so Plaintiff-Relator was unaware until recently that this document had been mistakenly filed and was publicly available. Although docketed as an attachment to the Complaint, the Complaint does not refer to or cite to the document. Moreover, because the United States determined not to intervene in this matter and the Court granted, over no opposition, Plaintiff-Relator's motion to voluntarily dismiss this Action, the mistakenly filed document was not relevant to any matter presented to this Court for resolution.

Accordingly, Plaintiff-Relator respectfully moves the Court to strike the mistakenly filed and immaterial document at ECF 1-3 pursuant to Federal Rule of Civil Procedure 12(f); *see Admiral Ins. Co. v. Shearer,* No. CV 13-04-WOB-JGW, 2013 WL 12176933, at *1 (E.D. Ky. Feb. 12, 2013) (striking mistakenly filed document); *United States v. McQuarrie*, No. 16-CR-20499-01, 2018 WL 1404325, at *2 (E.D. Mich. Mar. 19, 2018) (same). In the alternative, Plaintiff-Relator respectfully moves the Court to permanently seal the document.

Counsel for Plaintiff-Relator conferred with the U.S. Attorney's Office for the Eastern District of Kentucky, which stated that it consents to this motion.

A proposed order is attached.

Respectfully submitted,

Dated: May 15, 2025

By: __/s/ *Nicholas J. Inns*_____
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Nicholas J. Inns (admitted *pro hac vice*)
Robert A. Zink (admitted *pro hac vice*)
1300 I St. NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Email: nicholasinns@quinnemanuel.com
robertzink@quinnemanuel.com

*Counsel for Plaintiff-Relator Dylan Ratigan*