UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. DYLAN RATIGAN,<br><br>Plaintiff,<br><br>V.<br><br>U.S. MEDICAL GLOVE COMPANY,<br>LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5: 23-149-DCR<br><br><br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff-Relator Dylan Ratigan has moved to strike an attachment to the Complaint that was inadvertently filed. [Record No. 24] The United States consents to this motion. Accordingly, it is hereby

**ORDERED** that Plaintiff-Relator Dylan Ratigan's motion to strike [Record No. 24] is **GRANTED**. The Clerk of the Court is directed to strike docket entry 1-3 from the record.

Dated: May 16, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

- 1 -